# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:14CR00152-4 JLH** |
| | ) | |
| **AMBER DAWN EARNEST** | ) | |

## ORDER

On August 18, 2014, the Court entered an Order Setting Conditions of Release. That Order is hereby amended to add the following condition: the defendant is directed to submit to mental health counseling.

IT IS SO ORDERED this __26__ day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE